STEVEN KALAR
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DASHNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-646 SI (LB) |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO MODIFY CONDITIONS OF |
| ) | RELEASE |
| ) | |
| DUFFY DASHNER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      On November 19, 2012, defendant Duffy Dashner was released on a $150,000 bond, $100,000 of which was secured by his mother. He was ordered to reside in the third party custody of an individual who signed his bond. As a condition of release, Mr. Dashner was placed on electronic monitoring. Mr. Dashner is currently residing in the home designated on his bond, he has returned to work, and he has had no violations of his conditions of supervision. He is requesting that the Court permit him to travel to Wisconsin with his mother from December 21 through December 28 so he can visit his daughter for Christmas. Mr. Dashner does not currently have an ID card. In order to facilitate travel, he requests that his mother be permitted to take custody of his passport so that he can get through airport security on the flights to and from Wisconsin. Upon his return to California, the passport will be returned to pretrial services. In addition, Mr. Dashner will need to have his electronic monitoring equipment

1 disconnected so he can fly.  He is proposing to work with the pretrial services office to set dates

2 and times to have the electronic monitoring equipment disconnected before he leaves and

3 reconnected when he returns.  Pretrial Services Officer Brad Wilson is in agreement with this

4 proposal.  The government has no objection.

6     IT IS SO STIPULATED.

                                               MELINDA HAAG
                                               United States Attorney

12/14/12                                  /s/
_____          _____
DATED                                       MICHAEL PITMAN
                                               Assistant United States Attorney


                                             STEVEN KALAR
                                             Federal Public Defender

12/14/12                                  /s/
_____          _____
DATED                                         RITA BOSWORTH
                                             Assistant Federal Public Defender

18     In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions

19 of release shall be modified such that the defendant shall be permitted to travel by airplane to

20 Wisconsin from December 21 through December 28.  The defendant's mother shall be permitted

21 to take custody of his passport for purposes of getting through airport security, and the passport

22 shall be returned to pretrial services upon the defendant's return to California.  The defendant's

23 condition of electronic monitoring shall be suspended during the aforementioned dates, and the

24 defendant shall follow the instructions of pretrial services regarding when to disconnect and re-

STIP. & [PROPOSED] ORDER TO MODIFY
CONDITIONS OF RELEASE  *US v. Dashner*,
12-646 SI (LB)                               2

1  connect the ankle monitor. All other conditions of release shall remain in place.

2

3

4  _____                    _____
   DATED                                     LAUREL BEELER
                                             United States Magistrate Judge
5

26  STIP. & [PROPOSED] ORDER TO MODIFY
    CONDITIONS OF RELEASE  *US v. Dashner*,
    12-646 SI (LB)                            3