1  STEVEN KALAR
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant DASHNER
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )    No. CR 12-646 SI (LB)
11                                  )
                 Plaintiff,         )
12                                  )    STIPULATION AND [PROPOSED]
   v.                               )    ORDER TO MODIFY CONDITIONS OF
13                                  )    RELEASE
                                    )
14 DUFFY DASHNER,                   )
                                    )
15               Defendant.         )
   _____)
16
        On November 19, 2012, defendant Duffy Dashner was released on a $150,000 bond,
17
   $100,000 of which was secured by his mother. He was ordered to reside in the third party
18
   custody of an individual who signed his bond. As a condition of release, Mr. Dashner was
19
   placed on electronic monitoring. Mr. Dashner is currently residing in the home designated on
20
   his bond, he has returned to work, and he has had no violations of his conditions of supervision.
21
   He is requesting that the Court permit him to travel to Wisconsin with his mother from
22
   December 21 through December 28 so he can visit his daughter for Christmas. Mr. Dashner
23
   does not currently have an ID card. In order to facilitate travel, he requests that his mother be
24
   permitted to take custody of his passport so that he can get through airport security on the flights
25
   to and from Wisconsin. Upon his return to California, the passport will be returned to pretrial
26
   services. In addition, Mr. Dashner will need to have his electronic monitoring equipment

1  disconnected so he can fly.  He is proposing to work with the pretrial services office to set dates

2  and times to have the electronic monitoring equipment disconnected before he leaves and

3  reconnected when he returns.  Pretrial Services Officer Brad Wilson is in agreement with this

4  proposal.  The government has no objection.

6          IT IS SO STIPULATED.

8                                              MELINDA HAAG
                                                United States Attorney

12/14/12                                        /s/
10 _____                          _____
   DATED                                        MICHAEL PITMAN
11                                              Assistant United States Attorney

13                                              STEVEN KALAR
                                                Federal Public Defender
14
12/14/12                                        /s/
15 _____                          _____
   DATED                                        RITA BOSWORTH
16                                              Assistant Federal Public Defender

18     In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions

19  of release shall be modified such that the defendant shall be permitted to travel by airplane to

20  Wisconsin from December 21 through December 28.  The defendant's mother shall be permitted

21  to take custody of his passport for purposes of getting through airport security, and the passport

22  shall be returned to pretrial services upon the defendant's return to California.  The defendant's

23  condition of electronic monitoring shall be suspended during the aforementioned dates, and the

24  defendant shall follow the instructions of pretrial services regarding when to disconnect and re-

26  STIP. & [PROPOSED] ORDER TO MODIFY
    CONDITIONS OF RELEASE  *US v. Dashner*,
    12-646 SI (LB)                              2

1  connect the ankle monitor.  All other conditions of release shall remain in place.

2

3

4  December 18, 2012  
DATED

LAUREL BEELER  
United States Magistrate Judge

STIP. & [PROPOSED] ORDER TO MODIFY  
CONDITIONS OF RELEASE  *US v. Dashner*,  
12-646 SI (LB)                                              3