MARK ROSENBUSH
Attorney at Law (CSB 72436)
214 Duboce Avenue
San Francisco, California 94103
Tel: (415) 861-3555
Fax: (415) 255-8631
Email: markrosenbush@mindspring.com

Attorneys for Defendant
MARK MANESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-0646 SI |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **RE: WAIVER OF DEFENDANT'S** |
| vs. ) | **PERSONAL APPEARANCE** |
| ) | |
| MARK MANESS, ) | |
| Defendant. ) | |

      THROUGH HIS COUNSEL, Mark Rosenbush, defendant Mark Maness is requesting that his presence be waived at the upcoming first appearance of this matter on January 25, 2013, before the Hon. Susan Illston, District Court Judge.  Mr. Maness is currently unemployed and residing with his father in the State of South Carolina under courtesy pretrial supervision in the District of South Carolina .  His counsel was appointed by Magistrate Beeler under the Criminal Justice Act.  This case involves over 32,000 pages of bates numbered discovery, and over 20,000 pages (approximate) of native file discovery.  Counsel for Defendant Maness has indicated to Department of Justice Trial Attorney Matthew J. Kluge that he will be requesting that the matter be continued for a period of time for adequate preparation of counsel.  Under these circumstances

Mr. Maness is requesting to be relieved of the financial burden of travel to the Northern District of California for this appearance. Mr. Maness agrees to accept through counsel any order the Court shall make regarding his future personal appearance before the Court on this matter. Based on these representations;

    IT IS HEREBY STIPULATED by the parties in the above-entitled action that Defendant Mark Maness' personal appearance at the calling of this matter on January 25, 2013, is not necessary and shall be waived, and that Mr. Maness may appear at the hearing through his counsel, Mark Rosenbush. Any orders for his future appearance before the Court shall be communicated to him through his counsel, and by his agreement shall be binding upon him. This waiver of Mr. Maness' personal appearance applies only to the January 25, 2013 hearing.

Dated: January 16, 2013.      /s/ Mark Rosenbush

    MARK ROSENBUSH
    Attorney for Defendant MARK MANESS

Dated: January 16, 2013.      /s/ Matthew J. Kluge

    MATTHEW J. KLUGE
    Department of Justice Trial Attorney

**IT IS SO ORDERED.**

Dated: _____, 2013.      _____

    Hon. SUSAN ILLSTON
    United States District Judge