IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. CR-12-646 SI |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| MARK MANESS AND DUFFY DASHNER, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the status conference previously scheduled to occur on January 25, 2013, is continued to February 5, 2013, at 10:00 a.m.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: January 23, 2013                                          RICHARD W. WIEKING, Clerk

*(signature)*
Tracy Kasamoto
Deputy Clerk