MELINDA HAAG
United States Attorney
MIRANDA KANE
Chief, Criminal Division
MATTHEW J. KLUGE
Trial Attorney, Tax Division
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone:    (415) 436-6475
Facsimile:     (415) 436-7009

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DUFFY R. DASHNER, a/k/a KEVIN DASHNER, and<br>MARK R. MANESS,<br><br>  Defendants. | Criminal No. 3:12-cr-646-SI<br><br>[~~PROPO~~SED] ORDER |
|---|---|

Pursuant to the Stipulation of the United States, defendant DUFFY R. DASHNER, a/k/a KEVIN DASHNER, and defendant MARK R. MANESS, and for good cause shown therein, time under the Speedy Trial Act is excluded from January 25, 2013 to February 5, 2013 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) because the ends of justice outweigh the interests of the public and the defendants in a speedy trial, to allow for effective preparation of defense

//

counsel, taking into account the exercise of due diligence.

SO ORDERED this  28th  day of January    , 2013.

_____
UNITED STATES DISTRICT JUDGE