2 MINUTES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 2/5/13

Case No.   CR-12-646 SI             Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- DUFFY DASHNER (NC)(NP) Rita Bosworth
                         MARK MANESS (NC)(NP) - Mark Rosenbush

Attorneys:   Matthew Kluge              see abpve

Deputy Clerk:  Tracy Kasamoto  Court Reporter: Kelly Shainline

**PROCEEDINGS**

1)  Status - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                           PART

Case continued to **5/10/13   @ 11:00 a.m.**  for Status

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  **@**   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:         Delay ends: 5/10/13**
(    AUSA to draft order              )

ORDERED AFTER HEARING:
 This case involves extensive discovery, and counsel need additional time to review it.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )