MELINDA HAAG
United States Attorney
MIRANDA KANE
Chief, Criminal Division
MATTHEW J. KLUGE
Trial Attorney, Tax Division
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-6475
Facsimile:    (415) 436-7009

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DUFFY R. DASHNER, a/k/a KEVIN DASHNER, and<br>MARK R. MANESS,<br><br>　　　　Defendants. | Criminal No. 3:12-cr-646-SI<br><br>STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The parties hereby STIPULATE and AGREE as follows:

Defendant DUFFY R. DASHNER, a/k/a KEVIN DASHNER, made his initial appearance in this district and was arraigned on October 30, 2012. A status hearing was held before United States District Judge Susan Illston on November 2, 2012. A further status hearing was held before Judge Illston on November 8, 2012. Defendant MARK R. MANESS made his initial appearance in this district on November 8, 2012, and was arraigned on November 9, 2012.

1   A further status hearing was scheduled for January 25, 2013.

2         The United States personally served initial discovery consisting of approximately 20,790
3   pages of documents upon counsel for defendant DASHNER on November 2, 2012, and upon
4   counsel for defendant MANESS on November 9, 2012.  On November 19, 2012, and November
5   20, 2012, the United States provided additional discovery to counsel for defendant DASHNER
6   and defendant MANESS consisting of approximately 7,409 pages of documents, plus a number
7   of electronic files.  On December 13, 2012, the United States provided additional discovery to
8   counsel for defendant DASHNER and defendant MANESS consisting of approximately 4,081
9   pages of documents, plus a number of electronic files.

10         On November 19, 2012, the Court ordered that time under the Speedy Trial Act is
11   excluded from November 8, 2012 to January 25, 2013 pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
12   and (B)(iv) because the ends of justice outweigh the interests of the public and the Defendants in
13   a speedy trial, to allow for effective preparation of defense counsel, taking into account the
14   exercise of due diligence.

15         On January 23, 2013, the parties were notified that the status hearing scheduled to occur
16   on January 25, 2013, was continued to February 5, 2013.  On January 28, 2013, the Court
17   ordered that time under the Speedy Trial Act is excluded from January 25, 2013 to February 5,
18   2013 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) because the ends of justice outweigh
19   the interests of the public and the Defendants in a speedy trial, to allow for effective preparation
20   of defense counsel, taking into account the exercise of due diligence.

21         A status hearing was held on February 5, 2013.  During this status conference, counsel
22   for defendant MANESS informed the Court that he had received and was in the process of
23   diligently reviewing approximately 50,000 pages of discovery, consisting of approximately
24   30,000 pages of Bates numbered documents, plus approximately 20,000 pages of documents in

their native format, and approximatly 24 hours of audio recordings. Counsel for defendants DASHNER and MANESS requested additional time to review this discovery provided by the government. A further status hearing was scheduled for May 10, 2013.

Based on the foregoing, the United States, defendant DASHNER, and defendant MANESS, hereby STIPTULATE and AGREE that time under the Speedy Trial Act be excluded from February 5, 2013 to May 10, 2013 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow for effective preparation of defense counsel, taking into account the exercise of due diligence.

Respectfully submitted,

MELINDA HAAG
United States Attorney


 s/ Matthew J. Kluge
MATTHEW J. KLUGE
Tax Division, Trial Attorney
Attorneys for United States of America


s/ Rita Belle Bosworth
RITA BELLE BOSWORTH
Federal Public Defender

Attorney for Defendant DUFFY R. DASHNER,
a/k/a KEVIN DASHNER

s/ Mark Rosenbush
MARK ROSENBUSH

Attorney for Defendant MARK R. MANESS

STIPULATION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT                3
CRIMINAL NO. 3:12-CR-646-SI