1   MELINDA HAAG
    United States Attorney
2   MIRANDA KANE
    Chief, Criminal Division
3   MATTHEW J.  KLUGE
    Trial Attorney, Tax Division
4   MICHAEL G. PITMAN
    Assistant United States Attorney, Tax Division
5   450 Golden Gate Ave., Box 36055
    San Francisco, CA 94102
6   Telephone:     (415) 436-6475
    Facsimile:     (415) 436-7009
7
    Attorneys for United States of America
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12   UNITED STATES OF AMERICA,

13          Plaintiff,                    Criminal No. 3:12-cr-646-SI

14          v.                           [PROPOSED] ORDER

15   DUFFY R. DASHNER, a/k/a KEVIN
     DASHNER, and
16   MARK R. MANESS,

17          Defendants.

18

19          Pursuant to the Stipulation of the United States, defendant DUFFY R. DASHNER, a/k/a

20   KEVIN DASHNER, and defendant MARK R. MANESS, and for good cause shown therein,

21   time under the Speedy Trial Act is excluded from February 5, 2013 to May 10, 2013 pursuant to

22   18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) because the ends of justice outweigh the interests of the

23   public and the defendants in a speedy trial, to allow for effective preparation of defense

24   //

1   counsel, taking into account the exercise of due diligence.

2   SO ORDERED this _____ day of _____, 2013.

3

4   _____

5   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24