MARK ROSENBUSH
Attorney at Law (CSB 72436)
214 Duboce Avenue
San Francisco, California 94103
Tel: (415) 861-3555
Fax: (415) 255-8631
Email: markrosenbush@mindspring.com

Attorneys for Defendant
MARK MANESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-0646 SI |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **STIPULATION AND [PROPOSED] ORDER RE: WAIVER OF DEFENDANT'S PERSONAL APPEARANCE** |
| MARK MANESS, | ) ) | |
| Defendant. | ) ) | |

    THROUGH HIS COUNSEL, Mark Rosenbush, defendant Mark Maness is requesting that his presence be waived at the upcoming status conference this matter on May 10, 2013, before the Hon. Susan Illston, District Court Judge.  Mr. Maness is not regularly employed and residing with his father in the State of South Carolina under courtesy pretrial supervision in the District of South Carolina . Defense counsel was appointed by Magistrate Beeler under the Criminal Justice Act.

    This case initially involved over 32,000 pages of bates numbered discovery, and over 20,000 pages (approximate) of native file discovery.  In accord with the parties' informal discovery discussions, the government has been providing ongoing discovery, including recent disclosure (April 3, 2013) of about 6,500 new pages of reports, interviews, and transcripts, as well as copy of a large computer storage disc only recently acquired by the Government containing 11 gigabytes of native files (many ten

of thousands of pages of documents, as yet undetermined).  Though counsel has been diligently reviewing the discovery, the volume of materials will not allow for their review to be completed by the next status conference. I therefore anticipate that the primary topics that will be discussed at the status conference will be the ongoing discovery process, the amount of time the defense will require to review the materials, and the setting of additional hearing dates.  The defense will contend, and will be prepared to stipulate, that additional time is necessary for adequate preparation of counsel before motions or trial dates are set.  It is anticipated that the Government and the defendant will be prepared by the status conference date to jointly suggest a new and reasonable date for further status. Under these circumstances Mr. Maness is requesting to be relieved of the financial burden of travel to the Northern District of California for this appearance.  Mr. Maness agrees to accept through counsel any order the Court shall make regarding his future personal appearance before the Court on this matter. Based on these representations;

    IT IS HEREBY STIPULATED by the parties in the above-entitled action that Defendant Mark Maness' personal appearance at the calling of this matter on May 10, 2013, is not necessary and shall be waived, and that Mr. Maness may appear at the hearing through his counsel, Mark Rosenbush. Any orders for his future appearance before the Court shall be communicated to him through his counsel, and by his agreement shall be binding upon him. This waiver of Mr. Maness' personal appearance applies only to the May 10, 2013 hearing.

Dated: April 25, 2013.        /s/ Mark Rosenbush

                MARK ROSENBUSH
                Attorney for Defendant MARK MANESS

Dated: April 25, 2013.        /s/ Matthew J. Kluge

                MATTHEW J. KLUGE
                Department of Justice Trial Attorney

**IT IS SO ORDERED.**

Dated: _____, 2013.          _____

                                            Hon. SUSAN ILLSTON
                                            United States District Judge

*Maness: Stipulation & Order re Waiver of Appearance*                                                    3