**~~PROPOSED~~ ORDER/~~COVER SHEET~~**

| | | | |
|---|---|---|---|
| TO: | Honorable Laurel Beeler<br>U.S. Magistrate Judge | RE: | DASHNER, Duffy R. |
| FROM: | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | 3:12CR0646 SI |

DATE:   April 23, 2013

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| ALLEN LEW, Supervisor | 415-436-7512 |
|---|---|
| U.S. PRETRIAL SERVICES OFFICER | TELEPHONE NUMBER |

RE:   LOCATION MONITORING STATUS REPORT

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____  Presiding District Court Judge_____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

XX   Modification(s)

   A.   *The defendant's location monitoring condition be modified from home detention to allowing the defendant a daily curfew of 11:00 p.m. to 7:00 a.m.*

   B.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐   Other Instructions:

_____                                   April 30, 2013
**JUDICIAL OFFICER**                                                              **DATE**

**Cover Sheet** (02/07/2011)