MELINDA HAAG
United States Attorney
MIRANDA KANE
Chief, Criminal Division
MATTHEW J. KLUGE
Trial Attorney, Tax Division
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6475
Facsimile: (415) 436-7009

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Criminal No. 3:12-cr-646-SI |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER |
| DUFFY R. DASHNER, a/k/a KEVIN DASHNER, and MARK R. MANESS, | |
| Defendants. | |

The parties hereby STIPULATE and AGREE as follows:

Defendant DUFFY R. DASHNER, a/k/a KEVIN DASHNER, made his initial appearance in this district and was arraigned on October 30, 2012. Defendant MARK R. MANESS made his initial appearance in this district on November 8, 2012, and was arraigned on November 9, 2012. A status hearing was held before United States District Judge Susan Illston on May 10, 2013. A further status hearing is currently set for August 9, 2013.

The United States personally served initial discovery consisting of approximately 20,790 pages of documents upon counsel for defendant DASHNER on November 2, 2012, and upon counsel for defendant MANESS on November 9, 2012. On November 19, 2012, and November 20, 2012, the United States provided additional discovery to counsel for defendant DASHNER and defendant MANESS consisting of approximately 7,409 pages of documents, plus a number of electronic files. On December 13, 2012, the United States provided additional discovery to counsel for defendant DASHNER and defendant MANESS consisting of approximately 4,081 pages of documents, plus a number of electronic files. On April 3, 2013, the United States provided additional discovery to counsel for defendant DASHNER and defendant MANESS consisting of approximately 6,267 pages of documents, plus a number of electronic files. During the week of April 15, 2013, the United States provided additional discovery to counsel for defendant DASHNER and defendant MANESS consisting of electronic files.

Accordingly, the United States, defendant DASHNER, and defendant MANESS, hereby STIPTULATE and AGREE that time under the Speedy Trial Act be excluded from May 10, 2013 to August 9, 2013 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow for effective preparation of defense counsel, taking into account the exercise of due diligence.

Respectfully submitted,

Respectfully submitted,

MELINDA HAAG
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division

Attorneys for United States of America

s/ Rita Belle Bosworth
RITA BELLE BOSWORTH
Federal Public Defender

Attorney for Defendant DUFFY R. DASHNER, a/k/a KEVIN DASHNER

s/ Mark Rosenbush
MARK ROSENBUSH

Attorney for Defendant MARK R. MANESS

[PROPOSED] ORDER

Pursuant to the Stipulation of the United States, Defendant DUFFY R. DASHNER, a/k/a KEVIN DASHNER, and Defendant MARK R. MANESS, and for good cause shown therein, time under the Speedy Trial Act is excluded from May 10, 2013 to August 9, 2013 pursuant 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) because the ends of justice outweigh the interests of the public and the Defendants in a speedy trial, and to allow for effective preparation of defense

\\

\\

1  counsel, taking into account the exercise of due diligence.

3  SO ORDERED this _____ day of _____, 2012.

```
                                    _____
                                    THE HONORABLE SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE
```

STIPULATION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT
AND [PROPOSED] ORDER
CRIMINAL NO. 3:12-CR-646-SI

4