3 MINUTES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 5/10/13

Case No.   CR-12-646 SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- DUFFY DASHNER (NC)(P) Rita Bosworth
                MARK MANESS (NC)(NP) - Mark Rosenbush

Attorneys:    Matthew Kluge, Mike Pitman          see above

Deputy Clerk: Tracy Kasamoto   Court Reporter: Jo Ann Bryce

**PROCEEDINGS**

1)  Status - HELD
2)
3)
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                       PART

Case continued to **8/9/13   @ 11:00 a.m.**   for Status

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  **@**   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**   for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:  Effective Preparation
**Delay begins:          Delay ends: 8/9/13**
(   AUSA to draft order              )

ORDERED AFTER HEARING:
 Discovery is ongoing.

Defendant Maness is directed to appear at the next scheduled court appearance.