1  STEVEN KALAR
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant DASHNER
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           )   No. CR 12-646 SI (LB)
11                                      )
                  Plaintiff,            )
12                                      )   SECOND STIPULATION AND
   v.                                   )   [PROPOSED] ORDER TO MODIFY
13                                      )   CONDITIONS OF RELEASE
                                        )
14 DUFFY DASHNER,                       )
                                        )
15                Defendant.            )
   _____ )
16
         On November 19, 2012, defendant Duffy Dashner was released on a $150,000 bond,
17
   $100,000 of which was secured by his mother. He was ordered to reside in the third party
18
   custody of an individual who signed his bond. As a condition of release, Mr. Dashner was
19
   placed on electronic monitoring. Initially, he was not allowed to leave his house for purposes
20
   other than work, legal, and medical appointments. On April 30, at the recommendation of
21
   pretrial services, the Court modified his conditions such that he now has a curfew from 11:00
22
   p.m to 7:00 a.m. According to pretrial services, Mr. Dashner has been compliant with his
23
   conditions of release.
24
         Mr. Dashner now requests that the Court modify his bond to permit him to travel to
25
   Chicago on a redeye flight the night of June 12 to pick up his 7-year old daughter and return with
26
   her to California on the afternoon of June 13. His daughter will be spending the summer with

him in California, and she is too young to travel on her own.  Mr. Dashner will fly into Chicago O'Hare airport and his daughter will be dropped off to meet him, so he will not ever leave the airport.  He will provide his itinerary to pretrial services prior to travel.

Pretrial services officer Brad Wilson is in agreement with this proposal.  The government has no objection.

IT IS SO STIPULATED.

                                              MELINDA HAAG
                                              United States Attorney

5/1/13                                                 /s/
_____               _____
DATED                                        MICHAEL PITMAN
                                              Assistant United States Attorney


                                              STEVEN KALAR
                                              Federal Public Defender

5/15/13                                                /s/
_____               _____
DATED                                            RITA BOSWORTH
                                              Assistant Federal Public Defender


In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions of release shall be modified such that the defendant shall be permitted to travel by airplane to Chicago on June 12, 2013, returning on June 13, 2013.  The defendant's curfew shall be suspended while the defendant is traveling on the aforementioned dates.  All other conditions of release shall remain in place.

_____               _____
DATED                                            LAUREL BEELER
                                              United States Magistrate Judge

SECOND STIP. & [PROPOSED] ORDER TO
MODIFY CONDITIONS OF RELEASE  *US v. Dashner*, 12-646 SI (LB)            2