1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5
   Counsel for Defendant DASHNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12-0646 SI (NC) |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | ) | |
| DUFFY DASHNER, | ) | |
| Defendant. | ) | |

1    On May 15, 2013, Magistrate Judge Laurel Beeler signed an order to amend defendant
2 Duffy Dashner's conditions of pretrial release to allow him to travel to Chicago on June 12-13,
3 2013 (Document 51).  Unfortunately, his flight was cancelled due to bad weather.  Accordingly,
4 the parties hereby stipulate that Mr. Dashner should be permitted to travel to Chicago on June
5 15-16, 2013 for the same purposes and that his curfew should be suspended during that time to
6 allow for the travel.  All other conditions of release shall remain in place.
7    The pretrial services officer has no objection to this request.
8    IT IS SO STIPULATED.

9  6/13/2013                                              /s/
   DATED                              MATTHEW J. KLUGE
10                                    Assistant United States Attorney

11
   6/13/2013                                              /s/
12 DATED                              JODI LINKER for RITA BOSWORTH
                                      Assistant Federal Public Defender
13

14    IT IS SO ORDERED.

15  _____                       _____
   DATED                              NATHANAEL M. COUSINS
16                                    United States Magistrate Judge (Duty)

*US v. Dashner*, Case No. CR 12-646 SI(NC);
Stip. & [Proposed] Order to Modify Cond. of
Pretrial Release                                2