1   STEVEN G. KALAR
    Federal Public Defender
2   JODI LINKER
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone: (415) 436-7700
5
    Counsel for Defendant DASHNER
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )   No. CR-12-0646 SI (NC)
                                           )
12                    Plaintiff,           )   STIPULATION AND [PROPOSED]
                                           )   ORDER TO MODIFY CONDITIONS OF
13  v.                                     )   PRETRIAL RELEASE
                                           )
14  DUFFY DASHNER,                         )
                                           )
15                    Defendant.           )
    _____    )
16

17

18

19

20

21

22

23

24

25

26

1        On May 15, 2013, Magistrate Judge Laurel Beeler signed an order to amend defendant

2    Duffy Dashner's conditions of pretrial release to allow him to travel to Chicago on June 12-13,

3    2013 (Document 51).  Unfortunately, his flight was cancelled due to bad weather.  Accordingly,

4    the parties hereby stipulate that Mr. Dashner should be permitted to travel to Chicago on June

5    15-16, 2013 for the same purposes and that his curfew should be suspended during that time to

6    allow for the travel.  All other conditions of release shall remain in place.

7        The pretrial services officer has no objection to this request.

8        IT IS SO STIPULATED.

9     __6/13/2013___                              _____/s/_____
      DATED                                      MATTHEW J. KLUGE
10                                               Assistant United States Attorney

11
      __6/13/2013___                              _____/s/_____
12    DATED                                      JODI LINKER for RITA BOSWORTH
                                                 Assistant Federal Public Defender
13

14        IT IS SO ORDERED.

15    __6/13/13_____
      DATED

16

17

18

19

20

21

22

23

24

25

26

*US v. Dashner*, Case No. CR 12-646 SI(NC);
Stip. & [Proposed] Order to Modify Cond. of
Pretrial Release                              2