13 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 6/14/13

Case No.   CR-12-646 SI           Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v-   MARK MANESS (NC)(NP) - Mark Rosenbush

Attorneys:   Matthew Kluge, Mike Pitman

Deputy Clerk: Tracy Kasamoto   Court Reporter: Connie Kuhl

### **PROCEEDINGS**

1) MOTION *Notice of Governments Proposed Procedures for Review of Potentially Privileged Documents- HELD*

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( x ) GRANTED/DENIED IN PART    ( ) SUBMITTED

Case continued to

Case continued to  **@ 11:00 a.m.**  for Motions

(Motion due , Opposition  Reply )

Case continued to  **@**  for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

ORDERED AFTER HEARING:

The parties will proceed with the review process and shall work out the details of the "taint" issue.