MARK ROSENBUSH (Cal. Bar #72436)
Attorney at Law
214 Duboce Avenue
San Francisco, CA 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorney for Defendant
MARK R. MANESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br><br>       vs.<br><br>DUFFY R. DASHNER, and<br>MARK R. MANESS<br>             Defendants. | No.  CR 12-646 SI<br><br>**STIPULATED MOTION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER** |

      Mr. MANESS' matter last appeared on this Court's calendar on June 14, 2013, for a hearing on the Government's motion for an order regarding taint procedures (regarding execution of search warrant).  The matter is next set for all parties to appear at a status conference on August 9, 2013.

      The parties hereby request that the status conference be continued to August 30, 2013.  Mr. MANESS currently resides in South Carolina, on pretrial release.  Although counsel for Mr. MANESS has spoken with him frequently on the telephone, they have had no time to meet face to face in order to review documents and discuss the case, including recently received discovery.  Counsel for Mr. MANESS has expressed to counsel for the government and co-counsel that such face to face meeting time is necessary for effective representation and preparation on this complex matter.  Since Mr. MANESS is indigent, and his elderly father is paying for his airfare from South Carolina, counsel wishes to save travel expenses by meeting with Mr. MANESS on days either before or after the next court appearance.  Counsel for Mr. MANESS does not have

*Stipulation and Exclusion of Time (CR 12-646 SI)*                                                                                    1

time on his calendar to meet with Mr. Maness either before or after the scheduled August 9, 2013 status conference. Inquiry with the Courtroom Deputy Clerk indicates that the Court would be available for a status conference on August 30, 2013. Counsel for co-defendant Duffy R. Dashner, and for the United States have no objection to the requested continuance for the stated reason.

The parties hereby request that the status conference be continued to August 30, 2013, the first available date that will accommodate the necessary meetings between Mr. MANESS and his counsel, and upon which all parties and the Court are available for the status conference. Additionally, defense counsel request that time be excluded under the Speedy Trial Act between August 9, 2013, and August 30, 2013 for adequate preparation and continuity of counsel. The government states it has no objection to excluding time.

Based upon the representation of counsel and for good cause shown the parties stipulate that failing to exclude time between August 8, 2013, and August 30, 2013 would unreasonably deny defendant MANESS adequate preparation and continuity of counsel, taking into account the exercise of due diligence in this complex case. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate that the ends of justice served by excluding the time between August 9, 2013, and August 30, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants to a speedy trial.

DATED: July 25, 2013

       /s/_____
MARK ROSENBUSH
Attorney for MARK R. MANESS

       /s/_____
RITA BOSWORTH
Deputy Federal Public Defender
Attorney for DUFFY R. DASHNER

       /s/_____
MATTHEW J. KLUGE
Trial Attorney, Tax Division
Attorney for United States of America

ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby finds that for effective and adequate preparation, and continuity of counsel, and in the interest of justice, the status conference in this matter shall be continued from August 9, 2013, to August 30, 2013. The Court also finds, that for adequate preparation and continuity of counsel, and in the interest of justice, pursuant ot 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings it is hereby ordered that time is excluded until August 30, 2013.

DATED: _____                    _____
                                          HON. SUSAN ILLSTON
                                          United States District Judge