4 MINUTES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 8/9/13

Case No.   CR-12-646 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- DUFFY DASHNER (NC)(P) Rita Bosworth

Attorneys:     Tom Neuman

Deputy Clerk:  Tracy Kasamoto   Court Reporter: Joan Columbini

**PROCEEDINGS**

1)  Status - HELD
2)
3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                                      PART

Case continued to **8/9/13  @ 1:30 p.m.** for Motion to Appoint New Counsel before Mag. Cousins

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
 )

ORDERED AFTER HEARING: