MARTIN SABELLI (164772)
Law Offices of Martin A. Sabelli
149 Natoma St., 3rd Fl.
San Francisco, CA 94105
Tel: (415) 955-9103
Fax: (415) 520-5810
msabelli@comcast.net

Attorney for
DUFFY R. DASHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-646 SI |
| Plaintiff, | **STIPULATION RE TRAVEL** |
| vs. | |
| DUFFY R. DASHER, | |
| Defendants. | |

The parties hereby stipulate that Duffy Dasher be permitted to travel to Wisconsin and New York from September 5, 2013 through September 16, 2013. He shall provide a detailed itinerary, including flights and accommodations, to the United States Pre-Trial Services Agency before August 23, 2013.

So stipulated.

Dated: AUGUST 19, 2013                                    Respectfully Submitted,

                                                                                 MARTIN SABELLI/s/
                                                                                 Counsel for DANIEL JOHNSON

1

Dated:  AUGUST 19, 2013                              MATTHEW KLUGE /s/
                                                     Counsel for the United States

### [PROPOSED] ORDER

Good Cause Appearing,

IT IS HEREBY ORDERED that Duffy Dasher be permitted to travel to Wisconsin and New York from September 5, 2013 through September 16, 2013.  He shall provide a detailed itinerary, including flights and accommodations, to the United States Pre-Trial Services Agency before August 23, 2013

Date: AUGUST ___, 2013
                                                     _____
                                                     HON. SUSAN ILLSTON
                                                     UNITED STATES DISTRICT
                                                     JUDGE