1  MARTIN SABELLI (164772)
   Law Offices of Martin A. Sabelli
2  149 Natoma St., 3rd Fl.
   San Francisco, CA 94105
3  Tel: (415) 955-9103
   Fax: (415) 520-5810
4  msabelli@comcast.net

5

6  Attorney for
   DUFFY R. DASHER
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12
   UNITED STATES OF AMERICA,              Case No. CR 12-646 SI
13
                  Plaintiff,              **STIPULATION RE TRAVEL**
14
        vs.
15
   DUFFY R. DASHER,
16
                  Defendants.
17

18
        The parties hereby stipulate that Duffy Dasher be permitted to travel to Wisconsin and
19
   New York from September 5, 2013 through September 16, 2013.  He shall provide a detailed
20
   itinerary, including flights and accommodations, to the United States Pre-Trial Services
21
   Agency before August 23, 2013.
22

23
        So stipulated.
24

25 Dated:  AUGUST 19, 2013                          Respectfully Submitted,
26
                                                   MARTIN SABELLI/s/
27                                                 Counsel for DANIEL JOHNSON

28

                                        1

Dated:  AUGUST 19, 2013                          MATTHEW KLUGE /s/
                                                 Counsel for the United States

### [PROPOSED] ORDER

Good Cause Appearing,

IT IS HEREBY ORDERED that Duffy Dasher be permitted to travel to Wisconsin and New York from September 5, 2013 through September 16, 2013.  He shall provide a detailed itinerary, including flights and accommodations, to the United States Pre-Trial Services Agency before August 23, 2013

Date: AUGUST 20, 2013                            _____
                                                 HON. SUSAN ILLSTON
                                                 UNITED STATES DISTRICT
                                                 JUDGE

2