3 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 8/30/13

Case No.   CR-12-646 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- DUFFY DASHNER (NC)(P) Martin Sabelli
                            MARK MANESS (NC)(NP) - Mark Rosenbush

Attorneys:   Tom Moore          see above

Deputy Clerk: Tracy Kasamoto  Court Reporter: Belle Ball

**PROCEEDINGS**

1)  Status - HELD
2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                              PART

Case continued to **12/6/13  @ 11:00 a.m.**  for Status

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:  Effective Preparation
**Delay begins:         Delay ends: 12/6/13**
(    AUSA to draft order             )

ORDERED AFTER HEARING:
Case continued to allow Mr. Sabelli time to review the discovery.
Mr. Maness maybe excused from attending the next status conference.