UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-646 SI |
| Plaintiff, | |
| v. | [proposed] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| DUFFY R. DASHNER, a/k/a KEVIN DASHNER, and MARK R. MANESS, | |
| Defendants. | |

For the reasons stated by the parties at the August 30, 2013, status conference in this matter, the Court finds that the ends of justice served by continuing the trial setting outweigh the best interest of the public and defendant in a speedy trial because additional time is required to allow for continuity of counsel and to allow defendants Duffy R. Dashner and Mark R. Maness, and their respective counsel, adequate time to review the government's discovery; to prepare this matter for trial; and to prepare witnesses for trial.

IT IS ORDERED that the period of delay from August 30, 2013, through December 6, 2013, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of justice served by this continuance allowing for continuity of counsel and for adequate preparation outweigh the best interest of the public and defendants in a speedy trial.

ORDERED this 4th day of Sept., 2013, at San Francisco, California.

_Susan Illston_
UNITED STATES DISTRICT JUDGE