MARTIN SABELLI (164772)
Law Offices of Martin A. Sabelli
149 Natoma St., 3rd Fl.
San Francisco, CA 94105
Tel: (415) 955-9103
Fax: (415) 520-5810
msabelli@sabellilaw.com

Attorney for
KEVIN DASHNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>KEVIN DASHNER, *et al.*,<br><br>            Defendants. | CR 12-646 SI<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE HEARING DATE AND**<br>**PRESENCE OF DEFENDANT AT NEXT**<br>**HEARING** |

The parties hereby stipulate to (1) continue the hearing currently scheduled for December 11, 2013 to January 17, 2014 at 11:00 am, (2) waive the presence of the defendants for the next hearing, and (3) exclude time under the Speedy Trial Act from December 6, 2013, to January 17, 2014.

Hearing Date  The hearing was originally scheduled for December 6, 2013 and moved by the Court to December 11, 2013.  Unfortunately, undersigned counsel for Mr. Dasher will be in a long-scheduled preliminary hearing in a homicide matter in Santa Clara County on December 11, 2013.

1

Speedy Trial  The United States has provided defendants DASHNER and MANESS with voluminous discovery in this case.  This discovery includes approximately 30,000 pages of Bates Numbered documents, approximately 20,000 pages of documents in their native format, a substantial number of electronic files, and approximately 24 hours of audio recordings.  Accordingly, the United States, defendant DASHNER, and defendant MANESS, hereby STIPTULATE and AGREE that time under the Speedy Trial Act be excluded from December 6, 2013, to January 17, 2014, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow for effective preparation of defense counsel, taking into account the exercise of due diligence.

Presence of Defendants  The parties hereby stipulate that both defendants may waive their presence for the next hearing.

So stipulated.

| | |
|---|---|
| Dated:  December 4, 2013 | Respectfully Submitted, |
| | MARTIN SABELLI/s/<br>Counsel for KEVIN DASHNER |
| Dated:  December 4, 2013 | MATTHEW KLUGE /s/<br>Counsel for the United States |
| Dated:  December 4, 2013 | MARK ROSENBUSH /s/<br>Counsel for MARK MANESS |

**[PROPOSED] ORDER**

Good Cause Appearing,

IT IS SO ORDERED.

Date: December __5__, 2013

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE