2 minutes

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 1/17/14

Case No.   CR-12-646 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- DUFFY DASHNER (NC)(P) Martin Sabelli
                    MARK MANESS (NC)(NP) - T. Tamburello sp. For Mark Rosenbush

Attorneys:     Michael Pitman            see above

Deputy Clerk: Tracy Kasamoto   Court Reporter: Deb Pas

**PROCEEDINGS**

1)  Status - HELD
2)  _____
3)  _____

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN       (  ) SUBMITTED
                                      PART

Case continued to **4/4/14   @ 11:00 a.m.**   for Status

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:  Effective Preparation
**Delay begins:          Delay ends: 4/4/14**
(   AUSA to draft order              )

ORDERED AFTER HEARING:
Discovery review ongoing.