| | |
|---|---|
| 1 | MELINDA HAAG |
| | United States Attorney |
| 2 | MIRANDA KANE |
| | Chief, Criminal Division |
| 3 | MATTHEW J. KLUGE |
| | Trial Attorney, Tax Division |
| 4 | MICHAEL G. PITMAN |
| | Assistant United States Attorney, Tax Division |
| 5 | 450 Golden Gate Ave., Box 36055 |
| | San Francisco, CA 94102 |
| 6 | Telephone:   (415) 436-6475 |
| | Facsimile:   (415) 436-7009 |
| 7 | |
| | Attorneys for United States of America |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:12-cr-646-SI |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| DUFFY R. DASHNER, a/k/a KEVIN DASHNER, and MARK R. MANESS, | |
| Defendants. | |

    For the reasons stated by the parties at the January 17, 2014, status conference, and due to the fact that the United States has provided defendants DASHNER and MANESS with voluminous discovery, as stipulated by the parties in previous pleadings in this matter, the Court finds that the ends of justice served by continuing the trial setting outweigh the best interest of the public and defendants in a speedy trial because additional time is required to allow for

CRIMINAL NO. 3:12-CR-646-SI

continuity of counsel and to allow defendants DASHNER and MANESS, and their respective counsel, adequate time to review the government's discovery; to prepare this matter for trial; and to prepare witnesses for trial.

Accordingly, IT IS ORDERED that the period of delay from January 17, 2014, through April 4, 2014, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of justice served by this continuance, allowing for continuity of counsel and for adequate preparation, taking into account the exercise of due diligence; outweigh the best interest of the public and defendants in a speedy trial.

ORDERED this __31st__ day of __January__, 2014, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE