MARTIN SABELLI (164772)
Law Offices of Martin A. Sabelli
149 Natoma St., 3rd Fl.
San Francisco, CA 94105
Tel: (415) 955-9103
Fax: (415) 520-5810
msabelli@msabellilaw.com


Attorney for
DUFFY R. DASHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | Case No. CR 12-646 SI |
|---|---|
| Plaintiff, | **STIPULATION RE CONDITIONS OF RELEASE** |
| vs. | |
| DUFFY R. DASHER, | |
| Defendants. | |

The parties hereby stipulate that the conditions of release for Duffy Dasher be amended to (1) remove the electronic monitoring condition and (2) to remove the curfew restriction.  All other conditions of release shall remain in effect.  The United States Pre-Trial Services Agency has no objection to this amendment.

So stipulated.

Dated:  February 12, 2014                                    Respectfully Submitted,

MARTIN SABELLI/s/
Counsel for DUFFY DASHNER

Dated:  February 14, 2014                                  MATTHEW KLUGE /s/
                                                          Counsel for the United States


**[PROPOSED] ORDER**

     Good Cause Appearing,

     IT IS HEREBY ORDERED that the conditions of release for Duffy Dasher be amended

to (1) remove the electronic monitoring condition and (2) to remove the curfew restriction.  All

other conditions of release shall remain in effect.


Date: February ___, 2014

                                                                  
                                                          HON. SUSAN ILLSTON
                                                          UNITED STATES DISTRICT
                                                          JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28