MARTIN SABELLI (164772)
Law Offices of Martin A. Sabelli
149 Natoma St., 3rd Fl.
San Francisco, CA 94105
Tel: (415) 955-9103
Fax: (415) 520-5810
msabelli@msabellilaw.com

Attorney for
DUFFY R. DASHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-646 SI |
| Plaintiff, | **STIPULATION RE CONDITIONS OF RELEASE** |
| vs. | |
| DUFFY R. DASHER, | |
| Defendants. | |

The parties hereby stipulate that the conditions of release for Duffy Dasher be amended to (1) remove the electronic monitoring condition and (2) to remove the curfew restriction. All other conditions of release shall remain in effect. The United States Pre-Trial Services Agency has no objection to this amendment.

So stipulated.

Dated:  February 12, 2014                                      Respectfully Submitted,

                                                                                    MARTIN SABELLI/s/
                                                                                    Counsel for DUFFY DASHNER

1

Dated: February 14, 2014                                MATTHEW KLUGE /s/
                                                        Counsel for the United States

### [PROPOSED] ORDER

Good Cause Appearing,

IT IS HEREBY ORDERED that the conditions of release for Duffy Dasher be amended to (1) remove the electronic monitoring condition and (2) to remove the curfew restriction. All other conditions of release shall remain in effect.

Date: February __25, 2014

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

2