18 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 4/4/14

Case No.   CR-12-646 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- DUFFY DASHNER (NC)(P) Martin Sabelli
                           MARK MANESS (NC)(NP) - Mark Rosenbush

Attorneys:    Michael Pitman           see above

Deputy Clerk: Tracy Kasamoto  Court Reporter: Joann Bryce

## PROCEEDINGS

1)  Status - HELD
2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                         PART

Case continued to    @ 11:00 a.m.   for Status

Case continued to  @ 11:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to **12/16/14 @ 3:30 P.M.**  for Pretrial Conference
File motions in-limine: 11/26/14, oppositions: 12/3/14, replies: 12/10/14)

Case continued to **1/12/15  @ 8:30 a.m.**  for Trial (Jury: at least 15 Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:         Delay ends: 1/12/15**
(   AUSA to draft order           )

ORDERED AFTER HEARING:
Disclose 404b material on 11/18/14.