1  MARTIN SABELLI (164772)
   Law Offices of Martin A. Sabelli
2  149 Natoma St., 3rd Fl.
   San Francisco, CA 94105
3  Tel: (415) 955-9103
   Fax: (415) 520-5810
4  msabelli@sabellilaw.com

5

6  Attorney for
   DUFFY R. DASHER
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12
    UNITED STATES OF AMERICA,              Case No. CR 12-646 SI
13
                    Plaintiff,              **STIPULATION RE TRAVEL**
14
        vs.
15
    DUFFY R. DASHER,
16
                    Defendants.
17

18
        The parties hereby stipulate that Duffy Dasher be permitted to travel to Wisconsin and
19
   from April 14 through April 21, 2014.  He shall provide a detailed itinerary, including flights
20
   and accommodations, to the United States Pre-Trial Services Agency before April 10, 2014.
21
        The United States Pre-Trial Services Agency does not object to this request.
22
        So stipulated.
23

24

25  Dated:  April 3, 2014                          Respectfully Submitted,
26
                                                   MARTIN SABELLI/s/
27                                                 Counsel for KEVIN DASHNER

28
                                        1

Dated:  April 3, 2014                                         MATTHEW KLUGE /s/
                                                              Counsel for the United States

### [PROPOSED] ORDER

Good Cause Appearing,

IT IS HEREBY ORDERED that Duffy Dasher be permitted be permitted to travel to Wisconsin and from April 14 through April 21, 2014.  He shall provide a detailed itinerary, including flights and accommodations, to the United States Pre-Trial Services Agency before April 10, 2014.

Date: April ___, 2014

                                                              _____
                                                              HON. SUSAN ILLSTON
                                                              UNITED STATES DISTRICT
                                                              JUDGE