MELINDA HAAG
United States Attorney
J. DOUGLAS WILSON
Chief, Criminal Division
MATTHEW J. KLUGE
Trial Attorney, Tax Division
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone:     (415) 436-6475
Facsimile:      (415) 436-7009
E-Mail:          matthew.j.kluge@usdoj.gov
                     michael.pitman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Criminal No. 3:12-cr-646-SI |
|---|---|
| Plaintiff, | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER |
| v. | |
| DUFFY R. DASHNER, a/k/a KEVIN DASHNER, and MARK R. MANESS, | |
| Defendants. | |

Defendant DUFFY R. DASHNER, a/k/a KEVIN DASHNER, Defendant MARK R. MANESS, and the United States, by and through undersigned counsel, appeared before the Court on April 4, 2014 for a status hearing. The matter was set for trial on January 12, 2015.

The parties requested that time be excluded under the Speedy Trial Act between April 4, 2014 to January 12, 2015 to allow defense counsel to review voluminous discovery and to conduct necessary investigation, and also because counsel for Defendant DASHNER is currently

1  scheduled to represent a defendant in the trial of another criminal matter beginning on October 6,

2  2014, and will be out of the country from November 9, 2014 through November 25, 2014.

3  Accordingly, the United States, Defendant DASHNER, and Defendant MANESS, hereby

4  STIPULATE and AGREE that time under the Speedy Trial Act be excluded from April 4, 2014

5  to January 12, 2015 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow for effective

6  preparation of defense counsel, taking into account the exercise of due diligence.

8  Respectfully submitted,

MELINDA HAAG
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division

Attorneys for United States of America

s/ Martin Antonio Sabelli
MARTIN ANTONIO SABELLI

Attorney for Defendant DUFFY R. DASHNER,
a/k/a KEVIN DASHNER

s/ Mark Rosenbush
MARK ROSENBUSH

Attorney for Defendant MARK R. MANESS

[PROPOSED] ORDER

21  Pursuant to the Stipulation of the United States, Defendant DUFFY R. DASHNER, a/k/a

22  KEVIN DASHNER, and Defendant MARK R. MANESS, and for good cause shown therein,

23  time under the Speedy Trial Act is excluded from April 4, 2014 to January 12, 2015 pursuant 18

24  U.S.C. §§ 3161(h)(7)(A) and (B)(iv) because the ends of justice outweigh the interests of the

1  public and the Defendants in a speedy trial, and to allow for effective preparation of defense

2  counsel, taking into account the exercise of due diligence.

3

4  SO ORDERED this _____ day of _____, 2014.

5

6                                              _____
                                               THE HONORABLE SUSAN ILLSTON
                                               UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION TO EXCLUDE TIME                3
UNDER THE SPEEDY TRIAL ACT
AND [PROPOSED] ORDER
CRIMINAL NO. 3:12-CR-646-SI