MARTIN SABELLI (164772)
Law Offices of Martin A. Sabelli
149 Natoma St., 3rd Fl.
San Francisco, CA 94105
Tel: (415) 955-9103
Fax: (415) 520-5810
msabelli@sabellilaw.com

Attorney for
DUFFY R. DASHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 12-646 SI |
|---|---|
| Plaintiff, | **STIPULATION RE TRAVEL** |
| vs. | |
| DUFFY R. DASHER, | |
| Defendants. | |

The parties hereby stipulate that Duffy Dasher be permitted to travel to Wisconsin and from April 14 through April 21, 2014.  He shall provide a detailed itinerary, including flights and accommodations, to the United States Pre-Trial Services Agency before April 10, 2014.

The United States Pre-Trial Services Agency does not object to this request.

So stipulated.

Dated:  April 3, 2014                                              Respectfully Submitted,

                                                                                        MARTIN SABELLI/s/
                                                                                        Counsel for KEVIN DASHNER

1

Dated:  April 3, 2014                                      MATTHEW KLUGE /s/
                                                           Counsel for the United States

### [PROPOSED] ORDER

Good Cause Appearing,

IT IS HEREBY ORDERED that Duffy Dasher be permitted be permitted to travel to Wisconsin and from April 14 through April 21, 2014.  He shall provide a detailed itinerary, including flights and accommodations, to the United States Pre-Trial Services Agency before April 10, 2014.

Date: April __7th__ 2014

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

2