MARK ROSENBUSH
Attorney at Law, CSB 72436
214 Duboce Avenue
San Francisco, CA 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorney for Defendant
MARK R. MANESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>vs.<br><br>MARK R. MANESS,<br>  Defendant. | No. CR 12-646 SI<br><br>Acknowledgment of Trial Setting and Obligation to Appear by Defendant Mark R. Maness<br><br>Court: Hon. Susan Illston |

I have been informed by my counsel, Mark Rosenbush, that the Court has set a trial date of January 12, 2015 in this matter, and has also set a pre-trial conference date of December 16, 2014, at 3:30 pm. I understand and acknowledge that the Court, on April 4, 2014 verbally ordered that I must be personally present a the trial of the matter. I furthermore agree that I will be present at any other appearances that the Court may require, upon notification by my counsel that the Court has ordered me to be present. I thank the Court for accommodating me by not requiring me to come from my home in South Carolina to attend many of the pre-trial court appearances in this matter, and I continue to agree, as I have in the past, that I will comply with any and all verbal or written orders of the Court upon notification of such orders by Mr. Rosenbush.

Dated: April 18, 2014

Respectfully submitted

*Mark R. Maness*
Defendant
MARK R. MANESS