MARTIN SABELLI (164772)
Law Offices of Martin A. Sabelli
149 Natoma St., 3rd Fl.
San Francisco, CA 94105
Tel: (415) 955-9103
Fax: (415) 520-5810
msabelli@msabellilaw.com


Attorney for
DUFFY R. DASHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-646 SI |
| Plaintiff, | **REQUEST FOR *EX PARTE* HEARING RE REPRESENTATION** |
| vs. | |
| DUFFY R. DASHER, | |
| Defendants. | |

Undersigned counsel hereby requests that this Court calendar an *ex parte* hearing to address the issue of representation in this matter. Undersigned counsel submits that this issue requires the Court's attention and, having consulted with this Court's Deputy, requests that this matter be calendared on August 29, 2014 at 11:00 am for this Court's consideration.

Dated: July 28, 2014                                Respectfully Submitted,

MARTIN SABELLI/s/
Counsel for DUFFY DASHNER