MARTIN SABELLI (164772)
Law Offices of Martin A. Sabelli
149 Natoma St., 3rd Fl.
San Francisco, CA 94105
Tel: (415) 955-9103
Fax: (415) 520-5810
msabelli@msabellilaw.com

Attorney for
DUFFY R. DASHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>DUFFY R. DASHER,<br><br>            Defendants. | Case No. CR 12-646 SI<br><br>**REQUEST TO WITHDRAW HEARING FOR *EX PARTE* HEARING RE REPRESENTATION** |

KEVIN DASHNER hereby moves to withdraw his request for an *ex parte* hearing to address the issue of representation in this matter.  He does not have a representation issue to raise.

Dated:  August 27, 2014                                         Respectfully Submitted,

                                                                                    MARTIN SABELLI/s/
                                                                                    Counsel for DUFFY DASHNER

1