MARTIN SABELLI (164772)
Law Offices of Martin A. Sabelli
Four Embarcadero, 17th Floor
San Francisco, CA 94114
Tel: (415) 955-9103
Fax: (415) 520-5810
msabelli@sabellilaw.com

Attorney for DUFFY R. DASHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>DUFFY R. DASHER,<br><br>            Defendants. | Case No. CR 12-646 SI<br><br>**STIPULATION RE TRAVEL** |

   The parties hereby stipulate that Duffy Dasher be permitted to travel to Wisconsin and from September 4 to September 10, 2014 to visit his daughter. On August 27, 2014, he provided a detailed itinerary, including flights and accommodations, to the United States Pre-Trial Services Agency.

   The United States Pre-Trial Services Agency does not object to this request.

   So stipulated.

Dated:  September 3, 2014                                          Respectfully Submitted,

                                                                   MARTIN SABELLI/s/
                                                                   Counsel for KEVIN DASHNER

Dated:  September 3, 2014                                          MATTHEW KLUGE /s/
                                                                   Counsel for the United States

1

**[PROPOSED] ORDER**

Good Cause Appearing,

IT IS HEREBY ORDERED that Duffy Dasher be permitted be permitted to travel to Wisconsin from September 4 to September 10, 2014 to visit his daughter. He has already provided a detailed itinerary, including flights and accommodations, to the United States Pre-Trial Services Agency.

Date: September ___, 2014

                                                      HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE