1  MARK ROSENBUSH
   Attorney at Law (CSB 72436)
2  214 Duboce Ave.
   San Francisco, CA 94103
3  Tel: (415) 861-3555
   Fax: (415) 255-8631
4
   Attorney for Defendant
5  MARK MANESS

6

7                    UNITED STATES DISTRICT COURT

8
                     NORTHERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,           )   No. CR-12-0646 SI
                                         )
11 |                 Plaintiff,          )   **EX PARTE MOTION FOR**
                                         )   **MODIFICATION OF**
12 |      vs.                            )   **CONDITIONS OF PRETRIAL**
                                         )   **RELEASE**
13 |                                     )
                                         )
14 |                                     )
   | MARK MANESS,                        )
15 |                                     )
   |                 Defendant.          )   Court: Mag. Judge Laurel Beeler
16 |_____)

17

18         Defendant MARK MANESS hereby applies for an order modifying his conditions of pretrial

19 release to allow him to travel in the course of his employment, and to eliminate the requirement that he

20 wear an electronic monitoring device. The application is made on an *ex parte* basis because the motion

21 is uncontested, no hearing is necessary, and the Government has been served with this application and

22 the proposed order.

23         The United States Attorney, by DOJ Trial Attorney Matthew J. Kluge, after consultation with

24 counsel and review of the proposed modifications of Mr. Maness' conditions of release, does not

25 oppose the requested modifications based on the following representations.

26         United States Pretrial Services for the District of South Carolina, where Mr. Maness is

27 //

28

Maness: Ex Parte App. Re Release Conditions
CR-12-0646 SI                                    1

supervised, has indicated it has no objection to the proposed modifications of Mr. Maness' conditions of pretrial release.

DATED: September 3, 2014.                    Respectfully Submitted,

                                                          /s/ Mark Rosenbush

                                             MARK ROSENBUSH
                                             Attorney for Defendant
                                             Mark Maness

## POINTS AND AUTHORITIES

Ex Parte motions are permitted in this District pursuant to Local Rule 47-3. Mr. Maness respectfully requests leave of the Court to make this motion on an ex parte basis since the motion is unopposed, it has been discussed with all interested parties (the United States Attorney, and Pretrial Services), there is no objection to the requested relief by any interested party, and under the circumstances no hearing is necessary.

## DECLARATION OF COUNSEL

I, Mark Rosenbush, declare as follows:

1. I am the attorney appointed by this Court pursuant to the Criminal Justice Act to represent defendant MARK MANESS in the above captioned case.

2. Mr. Maness was indicted on one count of conspiracy to file a false claim on August 28, 2012. Mr. Maness was admitted to pretrial release shortly after his arrest pursuant to a property bond in the amount of $100,000 executed by Mr. Maness' father. He was ordered released to the supervision of Pretrial Services for the District of South Carolina on December 4, 2012. See Doc. #30.

3. For the past 22 months during which Mr. Maness has been on pretrial release, he has resided at his father's home in South Carolina. According to his currently assigned Pretrial Services Officer David Ross (who has supervised him for the entire 22 month period), Mr. Maness has complied without fail with all conditions of his release. Though he waived numerous court appearances due to his residing in South Carolina, he has appeared in court on every occasion when the court has required

him to attend, and complied with all Court orders in this matter.  Mr. Maness does not have a passport and has no savings or other assets.

4. Recently, Mr. Maness has been offered employment by the Auto Training Academy, a marketing company that conducts sales training seminars for car dealerships throughout the United States.  As an independent contractor Mr. Maness has been offered a position marketing automotive sales training seminars to auto dealerships in the southeast United States that would require him to travel in the states of North Carolina, South Carolina, Tennessee, Georgia, Florida, Alabama, and Mississippi.  Mr. Maness has over 15 years experience in this industry, promoting similar sales seminars to auto dealerships around the country, focusing primarily on the southern states.

5. Currently, Mr. Maness' conditions of release limit his travel to the District of South Carolina and the Northern District of California.  His conditions of release also include wearing an electronic monitoring device.  Mr. Maness has demonstrated over the last 22 months that he is compliant with all requirements of his supervised release.  At this point the home monitoring device is not necessary to assure Pretrial Services of his whereabouts.  The device would no longer serve a useful function if Mr. Maness is permitted to travel for work.

6. Pretrial Services Officer David Ross has reported to Counsel, based on Mr. Maness' performance under his supervision, that he has no objections to Mr. Maness' request that the electronic monitor condition be removed, nor does he object to the request that Mr. Maness' travel restriction be expanded as requested to accommodate Mr. Maness' employment.  He further indicated that he would be satisfied, if Mr. Maness is permitted to travel, by his office's usual practice of requiring Mr. Maness to report telephonically at the beginning of each week his itinerary and plans for the week including where he will be staying and how he can be contacted.  Mr. Maness is agreeable to any reporting requirement that is established by the Court or by his Pretrial Services Officer.

7. I have spoken with the Government attorneys assigned to this matter, and Department of Justice Trial Attorney Matthew J. Kluge has indicated the government does not object to the proposed changes to Mr. Maness' release conditions and authorized me to so represent in this ex parte application for release.

1 | I declare, under penalty of perjury under the laws of the United States, that the foregoing is true
2 | and correct. Executed this 3rd day of September, 2014, in San Francisco, California.

                                                  /s/ Mark Rosenbush

                                                  MARK ROSENBUSH
                                                  Attorney for Defendant Mark Maness

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12-0646 SI |
|---|---|---|
| Plaintiff, | ) | **ORDER** [Proposed] |
| vs. | ) | Modifying Conditions of Pretrial Release |
| MARK MANESS, | ) | |
| Defendant. | ) | Court: Mag. Judge Laurel Beeler |

GOOD CAUSE HAVING BEEN FOUND upon the application of defendant MARK MANESS, the declaration of counsel Mark Rosenbush in support of the application, and the representations that both the United States Attorney and Pretrial Services have no objection to the request;

IT IS HEREBY ORDERED that the Mr. Maness' conditions of pretrial release shall be modified in the following manner: (1) Mr. Maness is authorized to travel to the states of North Carolina, South Carolina, Tennessee, Georgia, Florida, Alabama, and Mississippi in the course of his employment; (2) Mr. Maness is no longer required to wear an electronic monitoring device as a condition of his pretrial release; and (3) Mr. Maness shall provide United States Pretrial Services for the District of South Carolina, on Monday of each week, his itinerary for that weeks travel, including the locations where he will be staying and means by which he can be contacted by Pretrial Services, as well as any other reporting requirements that Pretrial Services deems necessary.

IT IS FURTHER ORDERED that all other conditions of Mr. Maness' pretrial release shall remain in effect until further order of this Court.

Dated: September _____, 2014.

_____
Hon. LAUREL BEELER
United States Magistrate Judge