UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12-0646 SI |
|---|---|---|
| Plaintiff, | ) | **ORDER** [Proposed] |
| vs. | ) | Modifying Conditions of Pretrial Release |
| MARK MANESS, | ) | |
| Defendant. | ) | Court: Mag. Judge Laurel Beeler |

GOOD CAUSE HAVING BEEN FOUND upon the application of defendant MARK MANESS, the declaration of counsel Mark Rosenbush in support of the application, and the representations that both the United States Attorney and Pretrial Services have no objection to the request;

IT IS HEREBY ORDERED that the Mr. Maness' conditions of pretrial release shall be modified in the following manner: (1) Mr. Maness is authorized to travel to the states of North Carolina, South Carolina, Tennessee, Georgia, Florida, Alabama, and Mississippi in the course of his employment; (2) Mr. Maness is no longer required to wear an electronic monitoring device as a condition of his pretrial release; and (3) Mr. Maness shall provide United States Pretrial Services for the District of South Carolina, on Monday of each week, his itinerary for that weeks travel, including the locations where he will be staying and means by which he can be contacted by Pretrial Services, as well as any other reporting requirements that Pretrial Services deems necessary.

IT IS FURTHER ORDERED that all other conditions of Mr. Maness' pretrial release shall remain in effect until further order of this Court.

Dated: September __4__, 2014.

_____
Hon. LAUREL BEELER
United States Magistrate Judge

Maness: Ex Parte App. Re Release Conditions
CR-12-0646 SI                                                    5